IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD ALLEN CANNON,<br>Petitioner, | )<br>)<br>) |
| vs. | )  Civil Action No. 11-920 |
| SUPERINTENDENT BRIAN<br>THOMPSON, et al.,<br>Respondents. | )<br>)<br>)<br>) |

ORDER

AND NOW, this 23rd day of April, 2012, after the petitioner, Richard Allen Cannon, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, which request additional briefing but do not indicate what assistance such additional briefing would provide to the resolution of this case, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 12), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by the petitioner (Docket No. 1) is dismissed and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                                Arthur J. Schwab
                                                                United States District Judge

cc:     Richard Allen Cannon
        GJ-9644
        SCI Mercer
        801 Butler Pike
        Mercer, PA 16137